UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| MICHAEL MARGOLIES, JR.,   | :   |                   |
|---------------------------|-----|-------------------|
|    Plaintiff, | : | CIVIL CASE NO.    |
|                           | :   | 16-CV-1872 (JCH)  |
| v.                        | :   |                   |
|                           | :   |                   |
| DARREN MILLINGTON, ET AL, | :   | JUNE 4, 2019      |
|    Defendants. | : |                |

**RULING RE: MOTION FOR AWARD OF ATTORNEYS' FEES (DOC. NO. 72)**

Following a trial to the court, the plaintiff was awarded a money judgment. Subsequently, pursuant to title 42 U.S.C. 1988 and Local Rule 11 (D. Conn.), the plaintiff moved for the award of attorneys' fees in the amount of $19,025. The Motion was filed on April 10, 2019 and opposition was due by May 1, 2019. On May 6, 2019, the court issued an Order to Show Cause (Doc. No. 74), to the defendants in this case, now appearing pro se, to show cause by May 14, 2019, why the Motion should not be granted and that failure to respond would likely result in the Motion being granted. As of today, despite the deadline being May 14, 2019, the defendants have not opposed the Motion for Attorneys' Fees or responded to the court's Order.

The court has reviewed the Motion for Attorney's' Fees together with the supporting Affidavits of Attorney Williams and Attorney Merly. Based on the review of the time entries and the matters worked upon, as well as a review of the hourly rates sought, the court finds that both hourly rates are reasonable under local standards that the court is personally familiar with, as well as numerous decisions entered in the District by the undersigned as well as other judges. Further, the court finds, upon review, that the hours spent on this matter, including a trial, are reasonable.

1

Therefore, the court grants plaintiff's Motion for Attorneys' Fees (Doc. No. 72). The plaintiff is awarded $19,025 in attorneys' fees.

**SO ORDERED.**

Dated at New Haven, Connecticut this 4th day of June 2019.

/s/ Janet C Hall
Janet C. Hall
United States District Judge